FILED
U.S. District Court
District of Kansas
10/26/2026
Clerk, U.S. District Court
By: KGS Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

LAURO VICENTE MACAS VERA,

Petitioner,

v.

Warden, Midwest Regional Reception Center;
MARKWAYNE MULLIN, Secretary, DHS; and
DAVID VENTURELLA, Acting Director, ICE,

Respondents.[1]

Case No. 26-3406-JWL

**ORDER TO SHOW CAUSE**

Petitioner, acting *pro se*, has filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials. The Court finds that a responsive pleading is required.

IT IS THEREFORE ORDERED BY THE COURT THAT respondents are required to show cause on or before **November 10, 2026**, why the writ should not be granted; and that petitioner is granted until **November 24, 2026**, to file a traverse thereto, admitting or denying under oath all factual allegations contained in the response. Copies of this Order shall be transmitted to the parties and the United States Attorney for the District of Kansas.

[1] Because petitioner named only his custodian as a respondent, the Court has added two federal officials as respondents pursuant to its Standing Order 26-04. Petitioner is directed to use this case caption in any future filings.

IT IS SO ORDERED.

Dated this 26th day of October, 2026, in Kansas City, Kansas.

/s/ John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge